_____

No. 95-3613WA
No. 95-3979WA
_____

Robert A. Miller, et al.,      *
                                *
           Appellees,        *   Appeals from the United States
                                *   District Court for the Western
   v.                     *   District of Arkansas.
                                *
Tony Alamo, et al.,*        *   [UNPUBLISHED]
                                *
           Appellants.      *

_____

Submitted:  July 5, 1996

Filed:  November 6, 1996
_____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
_____

PER CURIAM.

    Tony Alamo appeals the district court's orders denying Alamo's Federal Rule of Civil Procedure 60(b) motion attacking as void a civil judgment against him, see Miller v. Tony and Susan Alamo Found., 748 F. Supp. 695 (W.D. Ark. 1990), and granting the plaintiffs' fourth petition for attorney's fees and costs.  Having carefully reviewed the record and the parties' briefs, we conclude no error of law appears, and an extended discussion is not warranted.  Accordingly, we affirm.  See 8th Cir. R. 47B.

    A true copy.

      Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

    *An official caption containing a complete list of parties is on file and available for inspection in the Office of the Clerk of the Court, United States Court of Appeals for the Eighth Circuit.